IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANE RAGSDALE                                                          PLAINTIFF

v.                              No. 4:21-cv-650-DPM

RODNEY WRIGHT, Sheriff;
TONYA PARKER, Sergeant;
DOES, Intake Officers, Saline
County Detention Center                                                 DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Ragsdale hasn't updated his address with the Clerk of Court; his mail is still being returned undelivered. *Doc. 3 & 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2021