IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHANE RAGSDALE                                                                    PLAINTIFF

v.                          No. 4:21-cv-650-DPM

RODNEY WRIGHT, Sheriff;
TONYA PARKER, Sergeant;
DOES, Intake Officers, Saline
County Detention Center                                                           DEFENDANTS

## JUDGMENT

Ragsdale's complaint is dismissed without prejudice.

*[Signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2021